UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Lyon, | ) | Case No. 1:10 CV 2474 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| Receivables Management Services, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for Plaintiff has notified the Court that the above captioned case is settled and dismissed, with prejudice. Parties may, in their discretion, file additional documentation evidencing the settlement by within 30 days of this Order.

Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

    /s/Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: February 9, 2011